

**United States District Court**
District of New Mexico
Office of the Clerk
Pete V. Domenici United States Courthouse

333 Lomas Blvd. N.W. - Suite 270
Albuquerque, New Mexico 87102
(505) 348-2000 - Fax (505) 348-2028

Mitchell R. Elfers
Clerk of Court

Divisional Offices
106 South Federal Place
Santa Fe, NM 87501
(505) 988-6481
Fax (505) 988-6473

100 North Church Street
Las Cruces, NM 88001
(575) 528-1400
Fax (575) 528-1425

October 28, 2024

*Via Notice of Electronic Filing*
Chris Wolpert, Clerk
United States Court of Appeals for the Tenth Circuit
The Byron White United States Courthouse
1823 Stout Street
Denver, CO 80257

Re:   *Saini v. Hospital Care Consultants USDC Case# 24cv113 MV-GBW*

Dear Mr. Wolpert:

A Notice of Appeal was filed in the above referenced case.   The attached preliminary record consists of the Notice of Appeal filed October 27, 2024, Final Judgment & Order Adopting Magistrate Judge's Proposed Findings and Recommended Disposition filed September 30, 2024, and a copy of the docket entries.

The docket and appeal fee has been:

☒   Paid

☐   Paid in part

☐   Not paid

☐   Waived

Counsel for appellant is required to retrieve the appropriate forms for the appeal by referring to the United States Court of Appeals for the Tenth Circuit website at www.ca10.uscourts.gov, and referring to "Forms" located in the "Case Management" tab.

Sincerely,

MITCHELL R. ELFERS
Clerk of Court

By: B. Ashleigh-Phear
Deputy Clerk